IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
v.   No. 1:24-cr-00435-KG-1

CESAR IVAN BELTRAN-RIVERA,

    Defendant.

## ORDER TO SHOW CAUSE

A sentencing hearing for defendant Cesar Ivan Beltran-Rivera was scheduled in this case for today, September 10, 2025, at 10:00 a.m., at the federal courthouse in Santa Fe. (Doc. 10). Mr. Acton emailed the Court at 4:48 p.m. on September 9 stating that he had a high fever and did not expect to be able to attend today's hearing and that he was hopeful that a formal motion to continue may not be required until later. Counsel for the United States followed up by email at 5:02 p.m. stating that the United States did not oppose Mr. Acton's request.

Mr. Acton, however, did not file a formal motion to continue the sentencing hearing on the record, despite previously filing three such motions in this case (Docs. 64, 66, 72), and the Court therefore did not enter an order rescheduling today's sentencing hearing. Counsel for the United States, the defendant (escorted by the United States Marshal Service), the interpreter, and the probation officer appeared at the sentencing hearing this morning. Mr. Acton, however, did not appear. IT IS THEREFORE ORDERED that Mr. Acton shall show cause in writing by **September 17, 2025**, why he should not be sanctioned for his failure to appear at today's sentencing hearing.

    IT IS SO ORDERED.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.